## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

      v.                            CR NO: 2:21-cr-00194-KJM

SANTIAGO ROBLES-TEJEDA,

             Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee:   Santiago Robles-Tejeda

Detained at

Detainee is:      a.)  ☒ charged in this district by:  ☒ Indictment ☐ Information ☐ Complaint
                          charging detainee with:   Illegal re-entry, in violation of 8 U.S.C. § 1326.

      or    b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☐ return to the custody of detaining facility upon termination of proceedings

      or    b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                     is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature:            *Sam Stefanki*

Printed Name & Phone No:   Sam Stefanki, 916-397-4148

Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum            ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

    Dated: October 15, 2021

                                  *Jeremy Peterson*
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female |
| Booking or CDC #: | 21-12453 | DOB:  4/30/1983 |
| Facility Address: | 999 West Mathews Road<br>French Camp, CA 95231 | Race: |
| Facility Phone: | (209) 468-4562 | FBI#:  495863TB7 |
| Currently<br>Incarcerated For: | Unknown | |

## RETURN OF SERVICE

Executed on:                                          
                                           (signature)